IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JOSEPH PNIEWSKI,

    **Plaintiff,**

v.                                                         Civil Action No. 12-cv-4675

CITY OF HUNTINGTON, DANA COWELL,
JAMES LEIST AND RYAN BENTLEY, IN
BOTH THEIR PERSONAL CAPACITIES AND
THEIR OFFICIAL CAPACITIES AS OFFICERS
OF THE HUNTINGTON POLICE DEPARTMENT,

    **Defendants.**

## AGREED ORDER OF DISMISSAL

This matter having come before the Court by agreement of the parties as evidenced by the signature of respective counsel below, it is HEREBY ORDERED AND ADJUDGED that the above styled matter is DISMISSED WITH PREJUDICE in its entirety with each party to bear its own costs. There being no further matters pending before the Court, this matter is STRICKEN from the docket. There being no just cause for delay, this is a FINAL AND APPEALABLE ORDER.

8/1/13

_____
Robert C. Chambers
United States District Judge

By: /s/ Steven K. Nord
Stephen K. Nord, Esq.
(WV-2748 )
Michael R. Dockery, Esq.
(WV-10769)
OFFUTT NORD BURCHETT, PLLC
949 Third Avenue, Suite 300
Huntington, WV 25701

- *and* –

/s/ Courtney Craig
Courtney Craig, Esq.
(WV-8530)
10 W Sxith Avenue, Ste. 300
Huntington, WV 25701

By: /s/ Richard Weston
Richard Weston, Esq.
(WV-9734)
Connor Robertson, Esq.
(WV-11460)
WESTON LAW OFFICE
621 Sixth Avenue
Huntington, WV 25701